# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | Infringement | | Original |
|---|---|---|---|
| 1 | https://adoryme.com/collections/bottoms/products/high-waist-classic-pants | | http://stylepantry.com/2017/07/05/boxy-crop-top-belted-high-waist-pants/ |
| |   | |  |
| | | | |

# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | | | |
|---|---|---|---|
| 2 | https://adoryme.com/collections/bottoms/products/wrap-over-red-pencil-skirt | | http://stylepantry.com/2016/05/24/fitted-denim-shirt-front-slit-tulip-skirt/ |
| |  | |  |
| | | | |

# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | | |
|---|---|---|
| 3 | https://adoryme.com/collections/bottoms/products/button-front-wide-leg-pants | http://stylepantry.com/2018/03/27/puff-sleeve-shirt-high-waist-linen-pants/ |
| |  |  |
| | | |

# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | | | |
|---|---|---|---|
| 4 | https://adoryme.com/collections/two-piece-sets/products/loose-top-wide-leg-pants-sets | | http://stylepantry.com/2018/01/29/side-slit-crop-top-high-waist-belted-pants/ |
| |  | |  |
| | | | |

# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | | | |
|---|---|---|---|
| 5 | https://adoryme.com/collections/two-piece-sets/products/relax-top-wide-leg-pant-set | | http://stylepantry.com/2018/03/28/linen-crop-top-linen-high-waist-wide-legs/ |
| |   | |  |
| | | | |

# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | | | |
|---|---|---|---|
| 6 | https://adoryme.com/collections/two-piece-sets/products/floral-top-high-slit-dress | | http://stylepantry.com/2018/03/26/floral-crop-top-floral-front-slit-maxi-skirt/ |
| | | | |
| | | | |
| 7 | https://adoryme.com/collections/new-arrivals/products/belted-floral-maxi-shirt-dress | | http://stylepantry.com/2018/05/25/print-linen-shirtdress-ripped-skinny-jeans/ |
| | | | |
| | | | |
| 8 | https://adoryme.com/collections/new-arrivals/products/irregular-hem-top | | http://stylepantry.com/2018/06/01/asymmetric-ruched-linen-top-ankle-length-jeans/ |
| | | | |
| | | | |
| 9 | https://adoryme.com/collections/new-arrivals/products/chiffon-irregular-hem-top | | |
| | | | http://stylepantry.com/2012/02/28/leather-cape-color-block-chiffon-tank-bell-bottom-jeans/ |
| | | | |
| 10 | https://adoryme.com/collections/new-arrivals/products/cold-shoulder-belted-romper | | http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/ |
| | | | |
| | | | |
| 11 | https://adoryme.com/collections/new-arrivals/products/asymmetric-tie-waist-shirt | | http://stylepantry.com/2017/10/06/asymmetric-button-down-shirt-ankle-length-jeans/ |
| | | | |
| | | | |
| 12 | https://adoryme.com/collections/new-arrivals/products/white-slash-neck-shirt | | http://stylepantry.com/2017/07/21/oversize-off-shoulder-shirt-boyfriend-jeans/ |
| | | | |
| | | | |
| 13 | https://adoryme.com/collections/new-arrivals/products/white-long-tie-front-shirt | | http://stylepantry.com/2017/08/17/tie-front-shirt-tunic-high-waist-wide-legs/ |
| | | | |

# Exhibit 2

Style Pantry v Hongkong Jigao et. al

| | | | |
|---|---|---|---|
| | | | |
| 14 | https://adoryme.com/collections/new-arrivals/products/yellow-blossom-print-coat | | http://stylepantry.com/2017/07/12/printed-kimono-asymmetric-tank-ripped-jeans/ |
| | | | |
| | | | |