

# Kolawole Law Firm LLC

7517 Cedar Grove Lane, Elkridge, MD 21075| 443 546 8146 | oakolawole@justklf.com

June 1, 2018

Email: abuse@amazonaws.com;

Copyright Agent/Amazon Web Services

Amazon.com Legal Department

P.O. Box 81226

Seattle, WA 98108

Attn: Copyright Agent Amazon Web Services

1. Please be advised that we represent Style Pantry LLC and Ms. Folake Huntoon. Style Pantry LLC is the registered trademark owner of FKSP Folake Kuye Style Pantry mark, the owner of http://stylepantry.com, an online fashion blog, and https://shopfksp.com/, a fashion store.

2. This letter is a Notice of Infringement as authorized in § 512(c) of the U.S. Copyright Law under the Digital Millennium Copyright Act (DMCA). I wish to report the Copyright Infringement of FKSP and Ms. Huntoon's images. The infringing material appears on a website for which you are the designated host or hosting or providing services to.

    a. https://www.chicme.com/

3. The copyrighted material, which I contend belongs to Style Pantry LLC and/or Ms. Huntoon and appears illegally on the website for which you provide services to, are listed in the attached Schedule of Copyright Infringement.

4. The site is displaying unauthorized images of Ms. Huntoon and fashion style designs she created. The website then photo-shops the images or sells additional colors of the style featured in the pictures.

# Kolawole Law Firm LLC

7517 Cedar Grove Lane, Elkridge, MD 21075| 443 546 8146 | oakolawole@justklf.com

5. I have a good faith belief that the use of the copyrighted materials is not authorized by the copyright owner, its agent, or the law.
6. ChicMe.com is a gross violator of the copyrights of others and Amazon Web Services is hereby put on notice.
7. I swear, under the penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the Copyright's owner.

Sincerely,

*Jimi Kolawole, Esq.*

| Schedule of Copyright Infringement ||
|---|---|
| **Original** | **Infringing Image** |
| http://stylepantry.com/2018/02/02/one-shoulder-drape-jumpsuit-wbelt/ | https://www.chicme.com/product/stylish_skew_neck_tied_jumpsuits/ac9614ec-76c3-4e77-8989-848d43e46c65.html |
| http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/ | https://www.chicme.com/product/solid_one_shoulder_tied_waist_culotte_jumpsuit/7393ad76-a5ca-4cf9-a8c0-80ea688a8697.html |
| http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/ | https://www.chicme.com/product/rainbow_striped_skew_neck_casual_jumpsuit/b74e11d1-2728-4374-b77a-c191a7325232.html |
| http://stylepantry.com/2017/12/11/fksp-folded-collar-jumpsuit/ | https://www.chicme.com/product/self_belted_wide_leg_jumpsuits/66934c38-e782-477d-828e-494845680f82.html |
| http://stylepantry.com/2018/01/25/folded-collar-tunic-ripped-white-jeans/ | https://www.chicme.com/product/casual_side_slit_contrast_color_blouse/2c14c4a8-5efc-4d82-b4d6-f3506f52b72e.html |
| http://stylepantry.com/2015/07/09/leopard-print-wrap-dress-distressed-white-jeans/ | https://www.chicme.com/product/high_split_leopard_print_beachwear_maxi_wrap_dress/656ecc07-7139-44fa-9d4a-a4898ed3ea6b.html |
| http://stylepantry.com/2016/01/06/ribbed-sweater-midi-dress/ | https://www.chicme.com/product/trendy_side_split_long_sleeve_maxi_dress/5ebcde85-e374-4306-9019-0c63a16640ef.html |
| http://stylepantry.com/2017/11/16/navy-bell-sleeve-wide-leg-jumpsuit/ | https://www.chicme.com/product/lantern_sleeve_tied_high_waist_flared_jumpsuits/6d8a808f-3a76-4f8b-9a31-e4c020756c00.html |
| http://stylepantry.com/2017/12/12/wrap-bodice-fitted-midi-dress/ | https://www.chicme.com/product/deep_v_puff_sleeve_midi_dress_/519e90b1-dbc9-4131-8b46-71f4ce3a81bb.html |
| http://stylepantry.com/2012/07/06/50654/ | https://www.chicme.com/product/solid_batwing_sleeve_skew_neck_maxi_dress/6575145c-5bd5-4ca3-bc71-9dea4cc1928f.html |
| http://stylepantry.com/2017/12/11/fksp-folded-collar-jumpsuit/ | https://www.chicme.com/product/self_belted_wide_leg_jumpsuits/66934c38-e782-477d-828e-494845680f82.html |
| http://stylepantry.com/2016/04/21/printed-halter-top-white-flounce-midi-skirt/ | https://www.chicme.com/product/trendy_pocket_design_high_waist_pleated_skirt/470d488f-49c3-4870-99c2-878c66ff398f.html |
| | |
| **Below have been deleted following from a Cease & Desist Notice** | |
| **Original** | **Infringing Image** |
| | [ https://www.chicme.com/product/rainbow_striped_skew_neck_casual_jumpsuit/b74e11d1-2728-4374-b77a-c191a7325232.html ] |
| http://stylepantry.com/2018/01/29/side-slit-crop-top-high-waist-belted-pants | https://www.chicme.com/product/fashion_cut_out_tied_front_pantsuits/ab24442b-5169-4989-9a7f-e86a810c70c8.html |
| http://stylepantry.com/2018/03/27/puff-sleeve-shirt-high-waist-linen-pants/ [ | https://www.chicme.com/product/solid_button_high_waist_wide_leg_pant/dcb6eee1-552c-4b79-9f3f-550a412737f2.html |
| http://stylepantry.com/2017/12/25/one-shoulder-draped-midi-dress/ | https://www.chicme.com/product/asymmetric_ruched_one_shoulder_pleated_casual_dress/f8a40a32-ce14-41f8-a1d6-68139ea5b181.html |
| http://stylepantry.com/2018/03/05/halter-top-w-train-ripped-ankle-jeans/ | https://www.chicme.com/product/oversize_irregular_sleeveless_long_back_blouse/01fc5ec0-2d84-46de-aa60-9a7587f76835.html |
| http://stylepantry.com/2018/03/19/contrast-tunic-dark-rinse-jeans | https://www.chicme.com/product/contrast_color_splicing_deep_v_slit_casual_blouse/a09ca521-0d81-4b64-9da0-ddceddad506d.html |
| http://stylepantry.com/2018/02/12/one-shoulder-midi-dress | https://www.chicme.com/product/solid_one_shoulder_sheath_midi_dress/4c01c733-1185-4a07-8610-315bccddb75e.html |
| http://stylepantry.com/2017/11/02/bell-sleeve-wide-leg-jumpsuit | https://www.chicme.com/product/fashion_buttoned_belted_wide_leg_jumpsuit/3c0b69e3-e9c2-4539-b4c4-d8d641de4fb5.html |
| http://stylepantry.com/2017/10/06/asymmetric-button-down-shirt-ankle-length-jeans | https://www.chicme.com/product/fashion_button_design_tied_waist_casual_blouse/a7a87062-6794-4395-9724-8f282e4ab2de.html |
| http://stylepantry.com/2017/11/27/drape-maxi-dress-wside-slit-2/ | https://www.chicme.com/product/solid_batwing_sleeve_split_maxi_dress_/ffbdeced-f161-4ee6-9fd8-1bb0e5fc9ea7.html |
| http://stylepantry.com/2017/07/20/print-midi-shirt-dress/ | https://www.chicme.com/product/stylish_digital_print_high_slit_maxi_dress/aaf523c4-8dbc-439f-9831-4798366887cb.html |
| http://stylepantry.com/2016/06/14/off-shoulder-frill-sleeves-midi-dress/ | https://www.chicme.com/product/stylish_off_shoulder_flare_sleeve_bodycon_dress/06676a66-293c-4731-b54a-026ff4feee6f.html |

| Schedule of Copyright Infringement ||
|---|---|
| **Original** | **Infringing Image** |
| http://stylepantry.com/2017/12/27/peplum-one-shoulder-dress/ | https://www.chicme.com/product/one_shoulder_layered_flare_sleeve_print_dress/d1fa1580-e91a-42bc-b7aa-fb487ec1cf48.html |
| http://stylepantry.com/2017/11/09/printed-dolman-sleeve-midi-dress/ | https://www.chicme.com/product/half_sleeve_printed_midi_dress_/bd3c5193-5c96-4757-a498-53656747811b.html |
| http://stylepantry.com/2017/05/18/black-slouchy-off-shoulder-midi-dress/ | https://www.chicme.com/product/stylish_ruched_skew_neck_bodycon_midi_dress/859b1e27-2898-4332-a589-ce52c876e7a9.html |
| http://stylepantry.com/2017/12/05/printed-long-sleeve-v-neck-maxi/ | https://www.chicme.com/product/puff_sleeve_geometric_print_maxi_dress/c38e7505-87e6-4537-854c-37990ed24e89.html |
| http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/ | https://www.chicme.com/product/solid_one_shoulder_tied_waist_flared_jumpsuit/740e87e0-01cf-4cfc-8bff-8932c0db1b93.html |
| http://stylepantry.com/2017/11/02/bell-sleeve-wide-leg-jumpsuit/ [ | https://www.chicme.com/product/fashion_buttoned_belted_wide_leg_jumpsuit/242348c5-e427-4106-a1ab-2b0d59acb357.html |
| http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/ | |
| http://stylepantry.com/2017/07/05/boxy-crop-top-belted-high-waist-pants/ | https://www.chicme.com/product/elegant_high_waist_bandage_wide_leg_pants/9ab819d3-57fa-44d1-aa31-aa2e864754f6.html |

Blog (https://blog.mxtoolbox.com/)     API (https://mxtoolbox.com/c/products/mxtoolboxapi)     Products (https://mxtoolbox.com/Public/Content/Products/)     About Us (https://mxtoolbox.com/AboutUs (https://mxtoolbox.com/SuperTool.aspx)
Support (https://mxtoolbox.com/support.aspx)     Responsive BETA     Login (https://mxtoolbox.com/Public/Login.aspx?page=pp)

## SuperTool Beta7

Free MxToolBox
Get 1 Free Monitor*, Email
Troubleshooting

wanna-shop.elasticbeanstalk.com

Blacklist Mo
100+ Blacklist Monitored + D

### a:wanna-shop.elasticbeanstalk.com

Find Problems (https://mxtoolbox.com/domain/wanna-shop.elasticbeanstalk.com/?source=findmonitors)    a

Delivery
Real-time insight into the Ema
you or your 3rd party

| Type | Domain Name | IP Address | TTL |
|------|-------------|------------|-----|
| A | wanna-shop.elasticbeanstalk.com | 54.148.245.40<br>Amazon.com, Inc. (AS16509) | 60 sec |
| A | wanna-shop.elasticbeanstalk.com | 54.148.218.115<br>Amazon.com, Inc. (AS16509) | 60 sec |
| A | wanna-shop.elasticbeanstalk.com | 50.112.145.132<br>Amazon.com, Inc. (AS16509) | 60 sec |
| A | wanna-shop.elasticbeanstalk.com | 54.218.33.160<br>Amazon.com, Inc. (AS16509) | 60 sec |

Bulk Loc
Run Bulk lists of IPs and Do
MX/NS/A Record, GeoIP

MailFlow Mo
Round-trip email server mon
and email deliverabil

| | Test | Result |
|---|------|--------|
| ✓ (https://mxtoolbox.com/problem/a/dns-record-published?page=prob_a&action=a:wanna-shop.elasticbeanstalk.com&showlogin=1&hidepitch=0&hidetoc=1) | DNS Record Published | DNS Record found |

```
Your DNS hosting provider is "Amazon Route 53"   Need Bulk Dns Provider Data? (https://mxtoolbox.com/bulklookup.aspx?referrer=supertool&type=dns)
```

smtp diag                                  blacklist                                  http test                                  dns propagation

Reported by ns-846.awsdns-41.net on 6/4/2018 at **3:13:12 AM (UTC 0)**, just for you (https://mxtoolbox.com/whatismyip/?justforyou=1).                                  Transcript

### mx:www.chicme.com

Solve Email Delivery Problems (https://mxtoolbox.com/productinfo/emaildelivery.aspx?source=supertool-mx)    mx

| Type | Domain Name | Canonical Name | TTL | | |
|------|-------------|----------------|-----|---|---|
| CNAME | www.chicme.com | wanna-shop.elasticbeanstalk.com | 60 min | Blacklist Check | SMTP Test |

| | Test | Result | |
|---|------|--------|---|
| ✗ (https://mxtoolbox.com/problem/mx/dmarc-record-published?page=prob_mx&action=mx:www.chicme.com&showlogin=1&hidepitch=0&hidetoc=1) | DMARC Record Published | No DMARC Record found | ℹ More Info (https://mxtoolbox.com/productinfo/emaildelivery.aspx?source=mx_subaction) |
| ✓ (https://mxtoolbox.com/problem/mx/dns-record-published?page=prob_mx&action=mx:www.chicme.com&showlogin=1&hidepitch=0&hidetoc=1) | DNS Record Published | DNS Record found | |

dns lookup                    smtp diag                    blacklist                    http test                    dns propagation

Reported by ns64.domaincontrol.com on 6/4/2018 at **3:12:54 AM (UTC 0)**, just for you (https://mxtoolbox.com/whatismyip/?justforyou=1).                                  Transcript

## ABOUT THE SUPERTOOL!

All of your MX record, DNS, blacklist and SMTP diagnostics in one integrated tool.  Input a **domain name** or **IP Address** or **Host Name**.  Links in the results will guide you to other relevant tools and information.  And you'll have a chronological history of your results.

If you already know exactly what you want, you can force a particular test or lookup.  Try some of these examples:

(e.g. "blacklist: 127.0.0.2" will do a blacklist lookup)

| Command | Explanation |
|---|---|
| blacklist: | Check IP or host for reputation |
| smtp: | Test mail server SMTP (port 25) |
| mx: | DNS MX records for domain |
| a: | DNS A record IP address for host name |
| spf: | Check SPF records on a domain |
| txt: | Check TXT records on a domain |
| ptr: | DNS PTR record for host name |
| cname: | DNS canonical host name to IP address |
| whois: | Get domain registration information |
| arin: | Get IP address block information |
| soa: | Get Start of Authority record for a domain |
| tcp: | Verify an IP Address allows tcp connections |
| http: | Verify a URL allows http connections |
| https: | Verify a URL allows secure http connections |
| ping: | Perform a standard ICMP ping |
| trace: | Perform a standard ICMP trace route |
| dns: | Check your DNS Servers for possible problems  **New!** |

**Other tools** (NetworkTools.aspx)

**Feedback:** If you run into any problems with the site or have an idea that you think would make it better, we would appreciate your feedback. Please leave us some Feedback (mailto:feedback@mxtoolbox.com).

Your IP is: 73.128.223.142 (https://mxtoolbox.com/WhatIsMyIP/)
© Copyright 2004-2018, MXToolBox, Inc (https://mxtoolbox.com/AboutUs.aspx), All rights reserved  |  Feedback (mailto:feedback@mxtoolbox.com) | Contact (https://mxtoolbox.com/Public/Content/AboutUs.aspx) | Terms & Conditions (https://mxtoolbox.com/TermsAndConditions.aspx) | Site M (https://mxtoolbox.com/sitemap.aspx) | API (https://mxtoolbox.com/c/products/mxtoolboxapi)
Phone: (866)-MXTOOLBOX / (866)-698-6652  |  feedback@mxtoolbox.com (mailto:feedback@mxtoolbox.com)  | Privacy (https://mxtoolbox.com/privacypolicy.aspx)


(https://twitter.com/mxtoolbox)   (https://www.facebook.com/pages/MxToolBox/121238494564485)

6/3/2018 Who Is Hosting This Site? Free Tool

Case 1:18-cv-01981-GLR  Document 1-8  Filed 06/29/18  Page 7 of 15



You are in: **HostAdvice** › **Tools** › Who Is Hosting This Site? Free Tool

# Find out who is hosting any website

Get all the information about hosting companies, what users think about them and have a look at their hosting plans

www.chicme.com

**Try Again**

## www.chicme.com is hosted on Amazon Web Services (AWS)



### Try FastComet: our #1 Rated hosting

✔ Rated **9.7** by **528** users
✔ Recommended for small websites (**Shared Hosting**) and startups (**VPS**, **Cloud**)
✔ Free '.com' domain name (worth $9.99)



➤ **Visit FastComet**

**Web Hosting Provider:** Amazon Web Services (AWS)

**IP:** 50.112.145.132

24/7 Human support

6/3/2018 Who Is Hosting This Site? Free Tool

Case 1:18-cv-01981-GLR   Document 1-8   Filed 06/29/18   Page 8 of 15

**Location:** United States ( Market Share )

**Domain Who Is:** Click Here

**Nameservers:** wanna-shop.elasticbeanstalk.com

Share this free tool:

   

▶ Visit Amazon Web Services (AWS)

## Additional Information on Amazon Web Services (AWS)

### ☁ Cloud Hosting Plans 

| Plan Name | Space | CPU | RAM | Bandwidth | Price |
|---|---|---|---|---|---|
| EC2 Spot Instances - m3.medium | Unlimited | - | 0 B | Unlimited | $5.83 |
| EC2 Reserved instances - M3.Large | Unlimited | - | 0 B | Unlimited | $73.00 |
| EC2 Dedicated instances | Unlimited | - | 0 B | Unlimited | $1,440.00 |



**1244** out of **4217** Web Hosts

✉ spot-instance-feedbac...

**Address:**
*Seattle, WA, United States*

24/7 Human support 

6/3/2018  Who Is Hosting This Site? Free Tool

Case 1:18-cv-01981-GLR   Document 1-8   Filed 06/29/18   Page 9 of 15



# Latest User Reviews on Amazon Web Services (AWS)    

**Andrey Andrey**
Latvia

⭐☆☆☆☆ 2.0 👎

### aws aws

Service used: Cloud

Very bad, They charge you even if it says free for a year. No indication of price - no price tag - BAM and minus from you bank account. Support does not help. Stay away.

## Currently Top 5 Most Loved Similar Hosting Companies to Amazon Web Services (AWS)

24/7 Human support   

# Jimi Kolawole

| | |
|---|---|
| **From:** | Amazon EC2 Abuse <ec2-abuse@amazon.com> |
| **Sent:** | Wednesday, June 6, 2018 2:58 PM |
| **To:** | Jimi Kolawole |
| **Subject:** | Your Amazon EC2 Abuse Report [55949691342] - |



Hello,

Thank you for submitting your abuse report. We have begun our investigation into the source of the activity or content you reported.

We've determined that an Amazon EC2 instance was running at the IP address you provided in your abuse report. We have reached out to our customer to determine the nature and cause of this activity or content in your report.

We will investigate your complaint to determine what additional actions, if any, need to be taken in this case. Due to our privacy and security policies, we cannot provide details regarding the resolution of this case, or the identity of our customer. We may notify you during our investigation if our customer requires more information from you to complete their troubleshooting of the issue. Our customer may reply stating that the activity or content is expected and instructions on how to prevent the activity or manually remove the content, as well. If you wish to provide additional information to us or our customer regarding this case, please reply to this email.

Please note that if we determine the activity or content to not be abusive, we will notify you and resolve the case; we may refrain from communicating further, in that case.

We will notify you once this case has been marked resolved. Thank you for alerting us to this issue.

Regards,
AWS Abuse Team

Case number: 55949691342

Your original report:

* Log Extract:
<<<
http://stylepantry.com/2018/02/02/one-shoulder-drape-jumpsuit-wbelt/
https://www.chicme.com/product/stylish_skew_neck_tied_jumpsuits/ac9614ec-76c3-4e77-8989-848d43e46c65.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
https://www.chicme.com/product/solid_one_shoulder_tied_waist_culotte_jumpsuit/7393ad76-a5ca-4cf9-a8c0-80ea688a8697.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
https://www.chicme.com/product/rainbow_striped_skew_neck_casual_jumpsuit/b74e11d1-2728-

4374-b77a-c191a7325232.html
http://stylepantry.com/2017/12/11/fksp-folded-collar-jumpsuit/
https://www.chicme.com/product/self_belted_wide_leg_jumpsuits/66934c38-e782-477d-828e-494845680f82.html
http://stylepantry.com/2018/01/25/folded-collar-tunic-ripped-white-jeans/
https://www.chicme.com/product/casual_side_slit_contrast_color_blouse/2c14c4a8-5efc-4d82-b4d6-f3506f52b72e.html
http://stylepantry.com/2015/07/09/leopard-print-wrap-dress-distressed-white-jeans/
https://www.chicme.com/product/high_split_leopard_print_beachwear_maxi_wrap_dress/656ecc07-7139-44fa-9d4a-a4898ed3ea6b.html
http://stylepantry.com/2016/01/06/ribbed-sweater-midi-dress/
https://www.chicme.com/product/trendy_side_split_long_sleeve_maxi_dress/5ebcde85-e374-4306-9019-0c63a16640ef.html
http://stylepantry.com/2017/11/16/navy-bell-sleeve-wide-leg-jumpsuit/
https://www.chicme.com/product/lantern_sleeve_tied_high_waist_flared_jumpsuits/6d8a808f-3a76-4f8b-9a31-e4c020756c00.html
http://stylepantry.com/2017/12/12/wrap-bodice-fitted-midi-dress/
https://www.chicme.com/product/deep_v_puff_sleeve_midi_dress_/519e90b1-dbc9-4131-8b46-71f4ce3a81bb.html
http://stylepantry.com/2012/07/06/50654/
https://www.chicme.com/product/solid_batwing_sleeve_skew_neck_maxi_dress/6575145c-5bd5-4ca3-bc71-9dea4cc1928f.html
http://stylepantry.com/2017/12/11/fksp-folded-collar-jumpsuit/
https://www.chicme.com/product/self_belted_wide_leg_jumpsuits/66934c38-e782-477d-828e-494845680f82.html
http://stylepantry.com/2016/04/21/printed-halter-top-white-flounce-midi-skirt/
https://www.chicme.com/product/trendy_pocket_design_high_waist_pleated_skirt/470d488f-49c3-4870-99c2-878c66ff398f.html
Below have been deleted following from a Cease & Desist Notice
Original Infringing Image
[ https://www.chicme.com/product/rainbow_striped_skew_neck_casual_jumpsuit/b74e11d1-2728-4374-b77a-c191a7325232.html ]
http://stylepantry.com/2018/01/29/side-slit-crop-top-high-waist-belted-pants
https://www.chicme.com/product/fashion_cut_out_tied_front_pantsuits/ab24442b-5169-4989-9a7fe86a810c70c8.
html
http://stylepantry.com/2018/03/27/puff-sleeve-shirt-high-waist-linen-pants/ [
https://www.chicme.com/product/solid_button_high_waist_wide_leg_pant/dcb6eee1-552c-4b79-9f3f-550a412737f2.html
http://stylepantry.com/2017/12/25/one-shoulder-draped-midi-dress/
https://www.chicme.com/product/asymmetric_ruched_one_shoulder_pleated_casual_dress/f8a40a32-ce14-41f8-a1d6-68139ea5b181.html
http://stylepantry.com/2018/03/05/halter-top-w-train-ripped-ankle-jeans/
https://www.chicme.com/product/oversize_irregular_sleeveless_long_back_blouse/01fc5ec0-2d84-46de-aa60-9a7587f76835.html
http://stylepantry.com/2018/03/19/contrast-tunic-dark-rinse-jeans
https://www.chicme.com/product/contrast_color_splicing_deep_v_slit_casual_blouse/a09ca521-0d81-4b64-9da0-ddceddad506d.html
http://stylepantry.com/2018/02/12/one-shoulder-midi-dress
https://www.chicme.com/product/solid_one_shoulder_sheath_midi_dress/4c01c733-1185-4a07-8610-315bccddb75e.html
http://stylepantry.com/2017/11/02/bell-sleeve-wide-leg-jumpsuit

https://www.chicme.com/product/fashion_buttoned_belted_wide_leg_jumpsuit/3c0b69e3-e9c2-4539-b4c4-d8d641de4fb5.html
http://stylepantry.com/2017/10/06/asymmetric-button-down-shirt-ankle-length-jeans
https://www.chicme.com/product/fashion_button_design_tied_waist_casual_blouse/a7a87062-6794-4395-9724-8f282e4ab2de.html
http://stylepantry.com/2017/11/27/drape-maxi-dress-wside-slit-2/
https://www.chicme.com/product/solid_batwing_sleeve_split_maxi_dress_/ffbdeced-f161-4ee6-9fd8-1bb0e5fc9ea7.html
http://stylepantry.com/2017/07/20/print-midi-shirt-dress/
https://www.chicme.com/product/stylish_digital_print_high_slit_maxi_dress/aaf523c4-8dbc-439f-9831-4798366887cb.html
http://stylepantry.com/2016/06/14/off-shoulder-frill-sleeves-midi-dress/
https://www.chicme.com/product/stylish_off_shoulder_flare_sleeve_bodycon_dress/06676a66-293c-4731-b54a-026ff4feee6f.html
Schedule of Copyright Infringement
Original Infringing Image
Schedule of Copyright Infringement
http://stylepantry.com/2017/12/27/peplum-one-shoulder-dress/
https://www.chicme.com/product/one_shoulder_layered_flare_sleeve_print_dress/d1fa1580-e91a-42bc-b7aa-fb487ec1cf48.html
http://stylepantry.com/2017/11/09/printed-dolman-sleeve-midi-dress/
https://www.chicme.com/product/half_sleeve_printed_midi_dress_/bd3c5193-5c96-4757-a498-53656747811b.html
http://stylepantry.com/2017/05/18/black-slouchy-off-shoulder-midi-dress/
https://www.chicme.com/product/stylish_ruched_skew_neck_bodycon_midi_dress/859b1e27-2898-4332-a589-ce52c876e7a9.html
http://stylepantry.com/2017/12/05/printed-long-sleeve-v-neck-maxi/
https://www.chicme.com/product/puff_sleeve_geometric_print_maxi_dress/c38e7505-87e6-4537-854c-37990ed24e89.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
https://www.chicme.com/product/solid_one_shoulder_tied_waist_flared_jumpsuit/740e87e0-01cf-4cfc-8bff-8932c0db1b93.html
http://stylepantry.com/2017/11/02/bell-sleeve-wide-leg-jumpsuit/ [
https://www.chicme.com/product/fashion_buttoned_belted_wide_leg_jumpsuit/242348c5-e427-4106-a1ab-2b0d59acb357.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
http://stylepantry.com/2017/07/05/boxy-crop-top-belted-high-waist-pants/
https://www.chicme.com/product/elegant_high_waist_bandage_wide_leg_pants/9ab819d3-57fa-44d1-aa31-aa2e864754f6.html
>>>

* Comments:
<<<
Kolawole Law Firm LLC
7517 Cedar Grove Lane, Elkridge, MD 21075| 443 546 8146 | oakolawole@justklf.com
Page 1 of 2
June 1, 2018
Email: abuse@amazonaws.com;
Copyright Agent/Amazon Web Services
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108

Attn: Copyright Agent Amazon Web Services
1. Please be advised that we represent Style Pantry LLC and Ms. Folake Huntoon. Style Pantry LLC is the registered trademark owner of FKSP Folake Kuye Style Pantry mark, the owner of http://stylepantry.com, an online fashion blog, and https://shopfksp.com/, a fashion store.
2. This letter is a Notice of Infringement as authorized in § 512(c) of the U.S. Copyright Law under the Digital Millennium Copyright Act (DMCA). I wish to report the Copyright Infringement of FKSP and Ms. Huntoon's images. The infringing material appears on a website for which you are the designated host or hosting or providing services to.
a. https://www.chicme.com/
3. The copyrighted material, which I contend belongs to Style Pantry LLC and/or Ms. Huntoon and appears illegally on the website for which you provide services to, are listed in the attached Schedule of Copyright Infringement.
4. The site is displaying unauthorized images of Ms. Huntoon and fashion style designs she created. The website then photo-shops the images or sells additional colors of the style featured in the pictures.
Kolawole Law Firm LLC
7517 Cedar Grove Lane, Elkridge, MD 21075| 443 546 8146 | oakolawole@justklf.com
Page 2 of 2
5. I have a good faith belief that the use of the copyrighted materials is not authorized by the copyright owner, its agent, or the law.
6. ChicMe.com is a gross violator of the copyrights of others and Amazon Web Services is hereby put on notice.
7. I swear, under the penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the Copyright's owner.
Sincerely,
Jimi Kolawole, Esq.
Original Infringing Image
http://stylepantry.com/2018/02/02/one-shoulder-drape-jumpsuit-wbelt/
https://www.chicme.com/product/stylish_skew_neck_tied_jumpsuits/ac9614ec-76c3-4e77-8989-848d43e46c65.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
https://www.chicme.com/product/solid_one_shoulder_tied_waist_culotte_jumpsuit/7393ad76-a5ca-4cf9-a8c0-80ea688a8697.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
https://www.chicme.com/product/rainbow_striped_skew_neck_casual_jumpsuit/b74e11d1-2728-4374-b77a-c191a7325232.html
http://stylepantry.com/2017/12/11/fksp-folded-collar-jumpsuit/
https://www.chicme.com/product/self_belted_wide_leg_jumpsuits/66934c38-e782-477d-828e-494845680f82.html
http://stylepantry.com/2018/01/25/folded-collar-tunic-ripped-white-jeans/
https://www.chicme.com/product/casual_side_slit_contrast_color_blouse/2c14c4a8-5efc-4d82-b4d6-f3506f52b72e.html
http://stylepantry.com/2015/07/09/leopard-print-wrap-dress-distressed-white-jeans/
https://www.chicme.com/product/high_split_leopard_print_beachwear_maxi_wrap_dress/656ecc07-7139-44fa-9d4a-a4898ed3ea6b.html
http://stylepantry.com/2016/01/06/ribbed-sweater-midi-dress/
https://www.chicme.com/product/trendy_side_split_long_sleeve_maxi_dress/5ebcde85-e374-4306-9019-0c63a16640ef.html
http://stylepantry.com/2017/11/16/navy-bell-sleeve-wide-leg-jumpsuit/
https://www.chicme.com/product/lantern_sleeve_tied_high_waist_flared_jumpsuits/6d8a808f-3a76-

4f8b-9a31-e4c020756c00.html
http://stylepantry.com/2017/12/12/wrap-bodice-fitted-midi-dress/
https://www.chicme.com/product/deep_v_puff_sleeve_midi_dress_/519e90b1-dbc9-4131-8b46-71f4ce3a81bb.html
http://stylepantry.com/2012/07/06/50654/
https://www.chicme.com/product/solid_batwing_sleeve_skew_neck_maxi_dress/6575145c-5bd5-4ca3-bc71-9dea4cc1928f.html
http://stylepantry.com/2017/12/11/fksp-folded-collar-jumpsuit/
https://www.chicme.com/product/self_belted_wide_leg_jumpsuits/66934c38-e782-477d-828e-494845680f82.html
http://stylepantry.com/2016/04/21/printed-halter-top-white-flounce-midi-skirt/
https://www.chicme.com/product/trendy_pocket_design_high_waist_pleated_skirt/470d488f-49c3-4870-99c2-878c66ff398f.html
Below have been deleted following from a Cease & Desist Notice
Original Infringing Image
[ https://www.chicme.com/product/rainbow_striped_skew_neck_casual_jumpsuit/b74e11d1-2728-4374-b77a-c191a7325232.html ]
http://stylepantry.com/2018/01/29/side-slit-crop-top-high-waist-belted-pants
https://www.chicme.com/product/fashion_cut_out_tied_front_pantsuits/ab24442b-5169-4989-9a7fe86a810c70c8.
html
http://stylepantry.com/2018/03/27/puff-sleeve-shirt-high-waist-linen-pants/ [
https://www.chicme.com/product/solid_button_high_waist_wide_leg_pant/dcb6eee1-552c-4b79-9f3f-550a412737f2.html
http://stylepantry.com/2017/12/25/one-shoulder-draped-midi-dress/
https://www.chicme.com/product/asymmetric_ruched_one_shoulder_pleated_casual_dress/f8a40a32-ce14-41f8-a1d6-68139ea5b181.html
http://stylepantry.com/2018/03/05/halter-top-w-train-ripped-ankle-jeans/
https://www.chicme.com/product/oversize_irregular_sleeveless_long_back_blouse/01fc5ec0-2d84-46de-aa60-9a7587f76835.html
http://stylepantry.com/2018/03/19/contrast-tunic-dark-rinse-jeans
https://www.chicme.com/product/contrast_color_splicing_deep_v_slit_casual_blouse/a09ca521-0d81-4b64-9da0-ddceddad506d.html
http://stylepantry.com/2018/02/12/one-shoulder-midi-dress
https://www.chicme.com/product/solid_one_shoulder_sheath_midi_dress/4c01c733-1185-4a07-8610-315bccddb75e.html
http://stylepantry.com/2017/11/02/bell-sleeve-wide-leg-jumpsuit
https://www.chicme.com/product/fashion_buttoned_belted_wide_leg_jumpsuit/3c0b69e3-e9c2-4539-b4c4-d8d641de4fb5.html
http://stylepantry.com/2017/10/06/asymmetric-button-down-shirt-ankle-length-jeans
https://www.chicme.com/product/fashion_button_design_tied_waist_casual_blouse/a7a87062-6794-4395-9724-8f282e4ab2de.html
http://stylepantry.com/2017/11/27/drape-maxi-dress-wside-slit-2/
https://www.chicme.com/product/solid_batwing_sleeve_split_maxi_dress_/ffbdeced-f161-4ee6-9fd8-1bb0e5fc9ea7.html
http://stylepantry.com/2017/07/20/print-midi-shirt-dress/
https://www.chicme.com/product/stylish_digital_print_high_slit_maxi_dress/aaf523c4-8dbc-439f-9831-4798366887cb.html
http://stylepantry.com/2016/06/14/off-shoulder-frill-sleeves-midi-dress/
https://www.chicme.com/product/stylish_off_shoulder_flare_sleeve_bodycon_dress/06676a66-293c-4731-b54a-026ff4feee6f.html
Schedule of Copyright Infringement

Original Infringing Image
Schedule of Copyright Infringement
http://stylepantry.com/2017/12/27/peplum-one-shoulder-dress/
https://www.chicme.com/product/one_shoulder_layered_flare_sleeve_print_dress/d1fa1580-e91a-42bc-b7aa-fb487ec1cf48.html
http://stylepantry.com/2017/11/09/printed-dolman-sleeve-midi-dress/
https://www.chicme.com/product/half_sleeve_printed_midi_dress_/bd3c5193-5c96-4757-a498-53656747811b.html
http://stylepantry.com/2017/05/18/black-slouchy-off-shoulder-midi-dress/
https://www.chicme.com/product/stylish_ruched_skew_neck_bodycon_midi_dress/859b1e27-2898-4332-a589-ce52c876e7a9.html
http://stylepantry.com/2017/12/05/printed-long-sleeve-v-neck-maxi/
https://www.chicme.com/product/puff_sleeve_geometric_print_maxi_dress/c38e7505-87e6-4537-854c-37990ed24e89.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
https://www.chicme.com/product/solid_one_shoulder_tied_waist_flared_jumpsuit/740e87e0-01cf-4cfc-8bff-8932c0db1b93.html
http://stylepantry.com/2017/11/02/bell-sleeve-wide-leg-jumpsuit/ [
https://www.chicme.com/product/fashion_buttoned_belted_wide_leg_jumpsuit/242348c5-e427-4106-a1ab-2b0d59acb357.html
http://stylepantry.com/2017/07/10/buttoned-shoulder-dolman-sleeve-jumpsuit/
http://stylepantry.com/2017/07/05/boxy-crop-top-belted-high-waist-pants/
https://www.chicme.com/product/elegant_high_waist_bandage_wide_leg_pants/9ab819d3-57fa-44d1-aa31-aa2e864754f6.html
>>>

---

**How can I contact a member of the Amazon EC2 abuse team or EC2 customer?**
Reply this email with the original subject line.

**Amazon Web Services**

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.