In the United States District Court for District of Maryland
(Northern Division)

| | |
|---|---|
| Style Pantry LLC, | * |
| Folake Kuye-Huntoon, | * |
| Plaintiffs. | * |
| vs. | *   Case No.: **1:18-cv-01981** |
| Hongkong Jigao Information & Technology | * |
| Co., Ltd, www.queenfy.com, | * |
| www.adoryme.com, Amazon.com Inc, Amazon | * |
| Technologies Inc, Amazon Web Services Inc, | * |
| PayPal Inc, Shopify Inc, Facebook Inc | * |
| | * |
| Defendants | *   DEMAND FOR JURY TRIAL |
| | * |

## Notice of Dismissal As To Defendant Salesforce.com Inc

Comes Now, Plaintiffs, Style Pantry LLC and Folake Kuye-Huntoon, by and through their attorney, Jimi Kolawole, file this notice and in support thereof states:

1. Pursuant to F.R.C.P. 41(a)(1), Plaintiff voluntarily dismisses Defendant Salesforce.com Inc. from this action.

Respectfully submitted,

**Jimi Kolawole, Esq.(Federal Bar No: 19732)**
Kolawole Law Firm LLC
7517 Cedar Grove Lane,
Elkridge, Md. 21075
443 546 8146 | oakolawole@justklf.com
Fax: 240 713 3242

**Certificate of Service**

I hereby certify that on 07/10/2018, a copy of the document entitled **Notice of Dismissal As To Defendant Salesforce.com Inc** was electronically served to:

Anthony J Weibell
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
*Attorney for Salesforce.com Inc.*

**Jimi Kolawole**